UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA COMPTON | CIVIL ACTION 05:06CV655 |
| VERSUS | JUDGE HICKS |
| BOSSIER PARISH SHERIFF, ET AL. | MAGISTRATE JUDGE HORSBY |

## ORDER

Considering the foregoing motion, IT IS ORDERED that the Defendants District Attorney Schuyler Marvin and Bobby Morgan be, and are hereby, dismissed, with prejudice, and each party listed is to pay its respective costs.

Signed in Shreveport, Louisiana, this __8th__ day of November, 2007.

_____
~~DISTRICT JUDGE~~
MAGISTRATE JUDGE